

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00306-CV

| | | |
|---|---|---|
| Samuel Okere | § | From the 325th District Court |
| v. | § | of Tarrant County (325-478978-10) |
| | § | February 28, 2013 |
| Jane Okere | | |
| | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

It is further ordered that appellant Samuel Okere shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00306-CV

SAMUEL OKERE                                                    APPELLANT

V.

JANE OKERE                                                        APPELLEE

----------

FROM THE 325TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On November 21, 2012, the parties filed a "Joint Motion To Remand To Trial Court And To Enter A Clarification Order." In the motion, the parties stated that on November 12, 2012, mediation was conducted, during which the parties signed a mediated settlement agreement and resolved the issue that was pending in this appeal. The parties asked this court to grant their joint motion and to remand the case to the trial court to clarify its prior order of April 27, 2012,

[1]See Tex. R. App. P. 47.4.

and to enter a clarification order in accordance with the parties' mediated settlement agreement.

On December 7, 2012, we granted the parties' "Joint Motion To Remand To Trial Court And To Enter A Clarification Order" and stated that the appeal would be automatically reinstated on January 31, 2013, but could be dismissed if no party filed a motion asking that the appeal continue. More than ten days have elapsed since the appeal was reinstated, and no motion has been filed.

Pursuant to our December 7, 2012 order, we therefore dismiss the appeal. *See* Tex. R. App. P. 43.2(f); *see also Waldo v. Muhs*, No. 02-05-00126-CV, 2006 WL 349707, at *1 (Tex. App.—Fort Worth Feb. 16, 2006, no pet.) (mem. op.) (dismissing appeal after parties failed to file any motions following mediation that resolved all issues in appeal).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DELIVERED: February 28, 2013